1  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
2  *Attorneys at Law*
   2267 Lava Ridge Court, Suite 210
3  Roseville, CA  95661
   Phone: 916-780-8222
4  Fax:    916-780-8775

5  Attorney for Plaintiff
   June Sand
6
   GREGORY T. MEATH, ESQ. (SBN 180495)
7  **MEATH & PEREIRA**
   The Kress Building
8  20 North Sutter Street, Suite 200
   Stockton, CA 95202-2911
9  Phone: 209-942-3300
   Fax:    209-942-3302
10
   Attorney for Defendants
11 The Dancing Fox Winery & Bakery, Inc. and
   Gregg Lewis
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

16 JUNE SAND,                              )   No. 2:11-CV-01581-WBS-KJN
                                           )
17                       Plaintiff,        )   **STIPULATION AND ORDER**
                                           )   **DISMISSING ACTION WITH**
18      v.                                 )   **PREJUDICE**
                                           )
19 THE DANCING FOX WINERY AND              )
   BAKERY, INC., a California corporation; )
20 GREGG LEWIS; and DOES 1 - 10, inclusive,)
                                           )
21                       Defendants.       )
                                           )
22                                         )
                                           )
23 _____)

24

25

26

27

28



STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

## STIPULATION

It is hereby stipulated and agreed that all claims brought in this action, Civil Case No. 2:11-CV-01581-WBS-KJN, between Plaintiff June Sand and Defendants The Dancing Fox Winery and Bakery, Inc. and Gregg Lewis are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees incurred in this action.

A Proposed Order of Dismissal with Prejudice is submitted herewith.

IT IS SO STIPULATED.

DATED:  July 28, 2011

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*

By:           /s/ Glenn W. Peterson
                GLENN W. PETERSON

Attorney for Plaintiff
June Sand

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson


DATED:  July 28, 2011          **MEATH & PEREIRA**

By:     /s/ Gregory T. Meath
           (AS AUTHORIZED ON JULY 28, 2011)
           GREGORY T. MEATH

Attorney for Defendants
The Dancing Fox Winery & Bakery, Inc. and
Gregg Lewis

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MEATH & PEREIRA**
/s/ Gregory T. Meath

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, all claims in Civil Case No. 2:11-CV-01581-WBS-KJN are dismissed with prejudice.

DATED:  JULY 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE